UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAYED AHMADZAI,<br><br>                              Petitioner,<br><br>        v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                              Respondent. | CASE NO. 2:26-cv-00752-LK<br><br>ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE |

This matter comes before the Court sua sponte. Petitioner Sayed Ahmadzai filed a petition for habeas corpus, and the Court issued a scheduling order. Dkt. Nos. 5, 6. Because Ahmadzai is unrepresented and filing and receiving materials by mail, the Court ORDERS as follows to allow him sufficient time to file his reply and receive notice:

1. The reply deadline of April 13, 2026 is extended to April 27, 2026. The Government shall note its response for April 27, 2026.

2. The government shall provide Ahmadzai at least 7 days (168 hours) notice prior to any action to move or transfer him from the Western District of Washington or to remove him from the United States.

ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE - 1

The Clerk shall mail a copy of this Order to Ahmadzai.

Dated this 6th day of April, 2026.

_____
Lauren King
United States District Judge

ORDER CONTINUING DEADLINES TO REPLY AND FOR NOTICE - 2