UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAYED AHMADZAI, | CASE NO. 2:26-cv-00752-LK |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | |
| Defendant. | |

This matter comes before the Court on its own review of the record. Petitioner Sayed Ahmadzai seeks a writ of habeas corpus ordering his release from the Northwest ICE Processing Center ("NWIPC") or a bond hearing. Dkt. 5 at 1, 3. However, Ahmadzai's current custodian, the warden of the NWIPC, is not named as a respondent. The law requires that a habeas petition name the petitioner's current custodian for this Court to have jurisdiction over the case. *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); s*ee Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). For this matter to proceed, Ahmadzai must name his current custodian as a respondent. Otherwise, the Court does not have jurisdiction to review the petition.

ORDER TO SHOW CAUSE - 1

Accordingly, the Court ORDERS as follows:

1. No later than May 22, 2026, Ahmadzai must file a response to this Order explaining why his current petition should not be dismissed without prejudice for failing to name a proper respondent or, in the alternative, file an amended petition that adds the warden as a respondent.

2. If Ahmadzai files an amended habeas petition, any return to the amended petition must be filed within 10 days thereafter. Respondent(s) may also choose to rely on their original return.

If no response or amended petition naming the warden as a respondent is received by May 22, 2026, the Court will dismiss the petition without prejudice.

Dated this 7th day of May, 2026.

Lauren King
United States District Judge

ORDER TO SHOW CAUSE - 2